UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


BARBARA PENNY
A/K/A BARBARA PHILLIP
    Plaintiff,

    v.                                        CASE NO.: **4:20-cv-1143**

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS INC.,
TRANSUNION, LLC.,
JP MORGAN CHASE BANK, N.A.,
PNC BANK, N.A.,
TD BANK USA, N.A.
    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Barbara Penny, and Defendant Equifax Information Services, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 29, 2020

| **For Plaintiff Barbara Penny** | **For Defendant Equifax Information Services, LLC** |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601 | */s/ Forrest Mathew Seger, III*<br>Forrest Mathew Seger, III<br>Clark Hill Strasburger<br>2301 Broadway<br>San Antonio, TX 78215 |

1

| | |
|---|---|
| 201-282-6500<br>ysaks@steinsakslegal.com | 210-250-6000<br>TEO.SEGER@clarkhillstrasburger.com |
| | |

## CERTIFICATE OF SERVICE

I certify that on December 29, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
*Attorneys for Plaintiff*

2